Larry W. THORNHILL, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7007.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2008.

ON MOTION

*ORDER*

Upon consideration of Larry W. Thornhill's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Robert J. WIESER, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 2007–3161.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2008.

Before BRYSON, Circuit Judge, PROST, Circuit Judge, and ZAGEL, District Judge.*

**ORDER**

A petition for rehearing having been filed by the Petitioner,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on August 14, 2008.

* Honorable James B. Zagel, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.